IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER J. HARMS, )
 )
      Plaintiff, )
vs. ) NO. CIV-17-1347-HE
 )
RAYMON BYRD, *et al.*, )
 )
      Defendants. )

## ORDER

Plaintiff Christopher J. Harms, an Oklahoma state prisoner, filed this civil rights action against the State of Oklahoma, challenging the conditions of his confinement. The matter was referred to U.S. Magistrate Judge Shon Erwin for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (b)(3), and Fed.R.Civ.P. 72(b). Judge Erwin has filed a report recommending the case be dismissed for failure to state a plausible claim.

The parties were advised of their right to file an objection to the Report and Recommendation by March 26, 2018. No objections have been filed. The parties have therefore waived any right to appellate review of the factual and legal issues raised in the report. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). The court **ADOPTS** the report and recommendation [Doc. #10], a copy of which is attached to this order. The case is **DISMISSED**.

**IT IS SO ORDERED.**

Dated this 4th day of April, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE